William Durham 1740286
Ramsey One Unit
1100 FM 655
Rosharon, Texas 77583

30,830-15

Court of Criminal Appeals / Austin                    August 4,2015
P.O. Box 12308
Austin, Texas  78711                    RE: Habeas Corpus


Dear Clerk,

   Enclosed, please find my Writ of Mandamus.

   I respectfully request that you bring this to the attention
of the court as soon as possible.

   Thank you for all you do, I remain...

RECEIVED IN
COURT OF CRIMINAL APPEALS
AUG 06 2015
Abel Acosta, Clerk

                              Respectfully,

Cause No. 28475-A

Ex Parte William E. Durham §       In the 75th

      Petitioner, Pro Se §       Judicial District

§       court of

§       Liberty County,Tx

## PETITION FOR WRIT OF MANDAMUS

TO THE HONORABLE COURT OF APPEALS:

COMES NOW, William Durham, Petitioner / Pro Se in the above entitled and number cause and respectfully presents this his Petition for Writ of Mandamus and in support thereof will show:

1. Petitioner filed his Habeas Corpus 11.07 with the 75th Judicial District Court on May 11, 2015 with the Liberty County District Clerk Donna G. Brown.

2. Petitioner recieved, after many request to the clerk, a response from the Liberty County Assistant District Attorney stating that he recieved the writ on June and it was in the works [sic].

3. Petitioner claims that the Liberty County officials are deliberately stalling in an attempt to detour this Petiioner in his legal remedy. Liberty County Officials has denied this Petitioner is Constitututional rights to redress his claims, further, petitioner has put forth his actual innocence with newly presented evidence that will establish his innocence and his claim of illegal incarceration.

4. Petitioner repsectfully request that this Honorable court instruct Liberty County Officials to comply with Article 11.07 and issue their Answers and findings of fact and conclusions.

Respectfully Submitted, _____